OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR PRIVATE USE**

2/25/2015
**GEORGE, VINCENTE**    Tr. Ct. No. 1350460-A    WR-82,922-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

VINCENTE GEORGE
GARZA WEST - TDC # 1977569
5700 S FM 1329
San Diego, TX

ANK